McLAUGHLIN et al. v. RANGER et al.

(Supreme Court, Appellate Term. November 7, 1900.)

ACTION ALLEGING AGENCY—FAILURE TO PROVE AGENCY—DISMISSAL.

Where an action is brought to recover a commission on a loan which a certain person is alleged to have negotiated for defendants, in the absence of proof that such person was authorized to act as defendants' agent in the transaction, the action will be dismissed without being submitted to the jury.

Appeal from city court of New York, general term.

Action by Arthur W. McLaughlin and another against Francis Louise Ranger and another. From a judgment of the city court of New York (64 N. Y. Supp. 1110) affirming a judgment in favor of the defendants, plaintiffs appeal. Affirmed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

A. Thain, for appellants.

C. C. Leeds, for respondents.

PER CURIAM. The plaintiffs insist that prejudicial error was committed upon the trial, in that certain irrelevant evidence was received, which may have affected the verdict. It is unnecessary to pass upon this question, because the cause should not have been submitted to the jury at all. In order to maintain their action, it was necessary for the plaintiffs to show that J. Henry Ranger was authorized to act as the agent of the defendants for the purpose of negotiating the loan in respect to which the plaintiffs claim a commission. No competent evidence of such an agency was presented. Consequently, the complaint should have been dismissed by the court. Judgment affirmed, with costs.